| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: A. KATHLEEN TOMLINSON  DATE: 12-15-2014
U.S. MAGISTRATE JUDGE  TIME: 2:56 p.m. (2 hrs. 33 mins.)
(includes off record settlement discussions)

*Rubio, et al. v. Marchello's Garden Grill, Inc., et al.*,
**CV 14-497 (JFB) (AKT)**

TYPE OF CONFERENCE:  **SETTLEMENT CONFERENCE**
(Continued from 10-30-2014)

APPEARANCES:  Plaintiff  Troy L. Kessler
Marijana Matura

Defendant  Jose G. Santiago

FTR: 2:56-2:57 and 5:17-5:29

THE FOLLOWING RULINGS WERE MADE:

After our third session today, I am happy to report that the parties have achieved a settlement in this FLSA action. Counsel will prepare the Settlement Agreement and will submit it by the end of the year.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge