FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 16 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LUIS O. RUBIO, on behalf of himself
and all others similarly situated, and
JOSE A. MENDEZ, and JOSE L. BENITEZ, individually,

    Case No.:
    14 Civ. 0497 (JFB) (AKT)

                  Plaintiffs,

-against-

MARCHELLO'S GARDEN GRILL, INC.,
d/b/a GARDEN GRILL, and
GLORIA MARSILIO and FRED MARSILIO, individually,

                  Defendants.
----------------------------------------------------------------X

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

Notice of a Magistrate Judge's availability. A United States Magistrate Judge of this court is available to conduct all proceedings in a civil action (including a jury or a nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A Magistrate Judge may exercise this authority if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name of the party withholding consent will not be revealed to any judge who may otherwise be in involved in your case.

Consent to a Magistrate Judge's authority. The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Dated: Melville, New York.
December 16, 2014

Shulman Kessler LLP
*Attorneys for Plaintiffs*

By: _____
Marijana Matura, Esq.
510 Broadhollow Road, Suite 110
Melville, NY 11747
(631) 499-9100

THE SANTIAGO LAW FIRM, P.C.
*Attorneys for Defendants*

By: _____
Jose G. Santiago, Esq.
201 Moreland Road, Suite 10
Hauppauge, New York 11788
(631) 240-4355

12/16/14

So Ordered